# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 7, 2014

## NO. 03-13-00527-CV

**Roger J. Lerma, Sr., Appellant**

**v.**

**Michael R. Maguire, Appellee**

**APPEAL FROM 421ST DISTRICT COURT OF CALDWELL COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN AND FIELD**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the dismissal order signed by the trial court on April 25, 2013. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.